IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL PARADISO,

      Plaintiff,                                  No. CIV S-11-2248 MCE DAD

     v.

SOUTHWEST AIRLINES CO.,                 ORDER

      Defendant.

_____/

        This matter came before the court on March 9, 2012, for hearing on plaintiff's motion to quash (Doc. No. 8). Jill P. Telfer, Esq. appeared for the moving party. Dawn Kennedy, Esq. appeared telephonically for defendant Southwest Airlines Co.

        For the reasons stated on the record, plaintiff's motion to quash is denied. However, defendant's January 31, 2012 subpoena to produce documents shall be modified as follows:

        Request Number 1 shall be modified by striking reference to hiring and termination;

        Request Number 2 shall be stricken in its entirety;

        Request Number 3 shall be modified by striking reference to any other known employer of plaintiff;

Request Number 7 shall be stricken in its entirety; and

Request Number 8 shall be stricken in its entirety.

Finally, the parties are directed to submit a proposed stipulated protective order for the court's consideration which shall govern the use of any records produced pursuant to the subpoena in question.

IT IS SO ORDERED.

DATED: March 9, 2012.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:6
Ddad1\orders.civil\paradiso2248.oah.030912