IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL PARADISO,

    Plaintiff,                                                      No. CIV S-11-2248 MCE DAD

    v.

SOUTHWEST AIRLINES CO.,                  ORDER

    Defendant.

_____/

This matter came before the court on March 30, 2012, for hearing on plaintiff's motion to compel deposition and request for sanctions. (Doc. No. 15). Jill P. Telfer, Esq. appeared for the moving party. Dawn Kennedy, Esq. and Margaret Rosenthal, Esq. appeared for defendant Southwest Airlines Co.[1]

For the reasons stated on the record, IT IS ORDERED THAT:

1. Plaintiff's motion to compel and request for sanctions (Doc. No. 15) is granted;

2. Defendant and its attorney shall reimburse plaintiff's counsel in the amount of $1,200 for three hours of attorney time at the rate of $400 per hour within twenty-one days of the date of this order. See Fed. R. Civ. P. 37(d)(3) ("[T]he court must require the party failing to act, the attorney advising that party, or both to pay the reasonable expenses, including attorney's fees,

---

[1] Margaret Rosenthal, Esq. appeared telephonically and Dawn Kennedy, Esq. appeared in person.

1  caused by the failure, unless the failure was substantially justified or other circumstances make
2  an award of expenses unjust.").
3  DATED: March 30, 2012.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

8  DAD:6
   Ddad1\orders.civil\paradiso2248.oah.033012

2