UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL PARADISO,<br><br>　　　　Plaintiff,<br><br>v.<br><br>SOUTHWEST AIRLINES CO., and DOES 1 through 30, inclusive,<br><br>　　　　Defendants. | Case No.  2:11-CV-02248 MCE-DAD<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL**<br><br>[Filed concurrently with Stipulation for Dismissal]<br><br><br>Action Filed:  July 26, 2011<br>Action removed:  August 25, 2011 |

Based upon the concurrently filed Stipulation for Dismissal with Prejudice, and finding good cause therefor, it is hereby ORDERED that:

The Stipulation for Dismissal is GRANTED, and this entire action is hereby DISMISSED with prejudice.  The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: August 9, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

STIPULATION FOR DISMISSAL